LAURA R. RAMOS (SBN CA 186326)
lramos@selmanlaw.com
LAUREN A. EDSON (SBN CA 344089)
ledson@selmanlaw.com
SELMAN LEICHENGER EDSON
HSU NEWMAN & MOORE LLP
10880 Wilshire Blvd., Suite 1200
Los Angeles, CA 90024
Telephone: 310.445.0800

Attorneys for Defendant,
SENTRY INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESCO INSURANCE COMPANY, a Delaware Corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>SENTRY INSURANCE COMPANY, formerly known as Sentry Insurance a Mutual Company, a Wisconsin Corporation,<br><br>        Defendant. | Case No. 3:25-cv-07584-TSH<br><br>STIPULATION TO EXTEND TIME TO FILE RESPONSIVE PLEADING |

Pursuant to Civil Local Rule 6-1(a), IT IS HEREBY STIPULATED by and between the parties to this action through their respective counsel of record that Defendant Sentry Insurance Company has a two (2) week extension of time within which to file responsive pleadings in this action.

/ / /

/ / /

1
STIPULATION TO EXTEND TIME TO FILE RESPONSIVE PLEADING

138 107380 4924-6718-8331 .v1

Under this Stipulation, Defendant Sentry has up to and including October 15, 2025 to file responsive pleadings.

DATED: 10/1/25                    NIELSEN KATIBAH LLP


                                  By:      /s/ James Nielsen
                                           JAMES C. NIELSEN
                                           DANIEL N. KATIBAH
                                           Attorneys for Plaintiff,
                                           WESCO INSURANCE COMPANY



DATED: 10/1/25                    SELMAN LEICHENGER EDSON
                                  HSU NEWMAN & MOORE LLP


                                  By:      /s/ Laura R. Ramos
                                           LAURA R. RAMOS
                                           LAUREN A. EDSON
                                           Attorneys for Defendant,
                                           SENTRY INSURANCE COMPANY



### ATTESTATION OF AUTHORITY TO FILE

Pursuant to L.R. 5-1 (i)(3), I attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

                                           /s/ Laura R. Ramos
                                           Laura R. Ramos

2
STIPULATION TO EXTEND TIME TO FILE RESPONSIVE PLEADING

138 107380 4924-6718-8331 .v1