JAMES C. NIELSEN (111889)
 jnielsen@nkllp.law
DANIEL N. KATIBAH (293251)
 dkatibah@nkllp.law
NIELSEN KATIBAH LLP
100 Smith Ranch Road, Suite 350
San Rafael, California 94903
Telephone:  (415) 693-0900
Facsimile:  (415) 693-9674

Attorneys for Defendant
Wesco Insurance Company

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESCO INSURANCE COMPANY, a Delaware Corporation,<br><br>Plaintiff,<br>v.<br><br>SENTRY INSURANCE COMPANY, formerly known as Sentry Insurance a Mutual Company, a Wisconsin Corporation,<br><br>Defendant. | No. 3:25-cv-07584-TSH<br><br>**STIPULATION TO EXTEND BRIEFING DEADLINES**<br><br>Date:  December 4, 2025<br>Time:  10:00 a.m.<br>Courtroom:  Courtroom E |

Pursuant to Civil Local Rule 6-1(b), IT IS HEREBY STIPULATED by and between the parties to this action through their respective counsel of record that the time within which to file the opposition and reply briefs to Defendant Sentry Insurance Company's motion to dismiss (Dkt. No. 12) are extended.  This extension still allows the motion to be fully briefed two weeks before the scheduled hearing date and does not alter the hearing date,

The parties have stipulated to:

1.  Extend  Wesco's opposition deadline from October 29, 2025, to November 11, 2025; and

2.  Alter Sentry's reply deadline from November 5, 2025, to November 19, 2025.

3.      The December 4, 2025, hearing date set for Sentry's motion to dismiss remains unchanged.

October 23, 2025                              NIELSEN KATIBAH LLP

                              By:      _/s/ James C. Nielsen_____
                                    JAMES C. NIELSEN
                                    DANIEL KATIBAH
                                    Attorneys for Plaintiff Wesco Ins. Co.

                                    SELMAN  LEICHENGER EDSON HSU NEWMAN & MOORE LLP


                              By:_____ _/s/ Laura Ramos_____
                                    LAURA R. RAMOS
                                    LAUREN A. EDSON
                                    Attorneys for Defendant Sentry Insurance Co.

## ATTESTATION OF AUTHORITY TO FILE

Pursuant to L.R. 5-1 (i)(3), I attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing

                                          _/s/ James C. Nielsen_
                                          James C. Nielsen