UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Wesco Insurance Company ,

Plaintiff,

v.

Sentry Insurance Company ,

Defendant.

Case No. 3:25-cv-07584-TSH

**MOTION TO SUBSTITUTE
LAW FIRM; ~~PROPOSED~~ ORDER**

On behalf of (party name) Sentry Insurance Company , the following attorney(s)

   (1) move(s) to substitute as counsel of record,

   (2) certify they are members in good standing of this Court's bar,

   (3) attest to the consent of current counsel to be withdrawn, and

   (4) attest to the consent of the party represented.

Name(s) of new counsel seeking to appear and firm name:
Jennifer Yu Sacro and Ilya A. Kosten of Sacro & Walker LLP

Name(s) of counsel withdrawing from representation and firm name:
Laura R. Ramos and Lauren A. Edson of Selman Leichenger Edson Hsu Newman & Moore LLP

Date: January 30, 2026

**~~[PROPOSED]~~ ORDER**

The substitution of attorney(s) and firm is hereby approved and so ORDERED.

Date: February 2, 2026

UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE

AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Northern _____  **District of** _____ California

Wesco Insurance Company

Plaintiff (s),

V.

Sentry Insurance Company

Defendant (s),

**CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY**

CASE NUMBER:  3:25-cv-07584-TSH

Notice is hereby given that, subject to approval by the court,  Defendant Sentry Insurance Company  substitutes

(Party (s) Name)

Ilya A. Kosten _____ , State Bar No.  173663 _____ as counsel of record in

(Name of New Attorney)

place of   Laura R. Ramos _____ .

(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:   Sacro & Walker, LLP

Address:   700 N. Brand Blvd., Suite 610, Glendale, CA 91203

Telephone:   (818) 721-9597 _____ Facsimile  (818) 721-9670

E-Mail (Optional):   ikosten@sacrowalker.com

I consent to the above substitution.

Date: _____ 1/28/2026

_____
(Signature of Party (s))

I consent to being substituted.

Date: _____ 1/28/2026

_____
(Signature of Former Attorney (s))

I consent to the above substitution.

Date: _____ 1/28/2026

_____
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:   February 2, 2026

_____
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Northern _____ **District of** _____ California

Wesco Insurance Company

Plaintiff (s),

V.

Sentry Insurance Company

Defendant (s),

**CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY**

**CASE NUMBER:** 3:25-cv-07584-TSH _____

Notice is hereby given that, subject to approval by the court, Defendant Sentry Insurance Company substitutes
(Party (s) Name)

Jennifer Yu Sacro _____ , State Bar No. 208988 _____ as counsel of record in
(Name of New Attorney)

place of    Lauren A. Edson _____ .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:    Sacro & Walker, LLP

Address:    700 N. Brand Blvd., Suite 610, Glendale, CA 91203

Telephone:    (818) 721-9597 _____ Facsimile (818) 721-9670

E-Mail (Optional):    jsacro@sacrowalker.com

I consent to the above substitution.

Date:    1/28/2026

_____
(Signature of Party (s))

I consent to being substituted.

Date:    1/28/2026

_____
(Signature of Former Attorney (s))

I consent to the above substitution.

Date:    1/28/2026

_____
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:    February 6, 2026

_____
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]