UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Wesco Insurance Company ,

Plaintiff,

v.

Sentry Insurance Company ,

Defendant.

Case No. 3:25-cv-07584-TSH

**MOTION TO SUBSTITUTE
LAW FIRM; ~~PROPOSED~~ ORDER**

On behalf of (party name) Sentry Insurance Company, the following attorney(s)

(1) move(s) to substitute as counsel of record,

(2) certify they are members in good standing of this Court's bar,

(3) attest to the consent of current counsel to be withdrawn, and

(4) attest to the consent of the party represented.

Name(s) of new counsel seeking to appear and firm name:

Jennifer Yu Sacro and Ilya A. Kosten of Sacro & Walker LLP

Name(s) of counsel withdrawing from representation and firm name:

Laleaque Grad of Selman Leichenger Edson Hsu Newman & Moore LLP

Date: February 11, 2026

**~~[PROPOSED]~~ ORDER**

The substitution of attorney(s) and firm is hereby approved and so ORDERED.

Date: February 12, 2026

UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE