# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

WESCO INSURANCE COMPANY, a
Delaware corporation,

        Plaintiff,

        v.

SENTRY INSURANCE COMPANY,
formerly known as Sentry Insurance a
Mutual Company, a Wisconsin
Corporation,

        Defendant.

_____

AND RELATED COUNTERCLAIMS.

No. 3:25-cv-07584-TSH

HON. THOMAS S. HIXSON

**ORDER AS MODIFIED BY THE COURT
GRANTING JOINT STIPULATION AND
REQUEST TO EXTEND BRIEFING
DEADLINES RE SUMMARY-
JUDGMENT MOTION [ECF No. 41]**

    April 2, 2026
DATE: ~~MARCH 26, 2026~~
TIME: 10:00 A.M.
COURTROOM: E

    The Court, having considered plaintiff Wesco Insurance Company and defendant Sentry Insurance Company's joint request and stipulation to alter the opposition and reply deadlines for Wesco's motion for summary judgment (ECF. No. 41), hereby ORDERS as follows:

    i.    The deadline for defendant Sentry Insurance Company to file and serve its opposition to plaintiff Wesco Insurance Company's motion for summary judgment shall be extended from March 2, 2026, to March 5, 2026.

    ii.    The deadline for plaintiff Wesco Insurance Company to file and serve reply papers supporting its motion for summary judgment shall be extended from March 9, 2026, to March 12, 2026.

is continued to April 2, 2026 at 10:00 AM

iii.    The March 26, 2026, hearing date shall remain unchanged.

IT IS SO ORDERED.

February 24, 2026

_____
Hon. Thomas S. Hixson
United States Magistrate Judge

STIPULATION TO EXTEND OPPOSITION DEADLINE
2