Jennifer Yu Sacro, SBN: 208988
E-Mail: jsacro@sacrowalker.com
Ilya A. Kosten, SBN: 173663
E-Mail: ikosten@sacrowalker.com
Paul A. Impellezzeri, SBN: 231012
E-Mail: pimpellezzeri@sacrowalker.com
SACRO & WALKER LLP
700 North Brand Boulevard, Suite 610
Glendale, California 91203
Tel.: (818) 721-9597; Fax: (818) 721-9670

Attorneys for Defendant and Counterclaimant
SENTRY INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESCO INSURANCE COMPANY, a Delaware Corporation<br><br>Plaintiff,<br><br>vs.<br><br>SENTRY INSURANCE COMPANY, FORMERLY KNOWN AS SENTRY INSURANCE A MUTUAL COMPANY, a Wisconsin corporation,<br><br>Defendant._____<br><br>SENTRY INSURANCE COMPANY, a Wisconsin corporation,<br><br>Counterclaimant<br><br>v.<br><br>WESCO INSURANCE COMPANY, a Delaware corporation,<br><br>Counter-defendant | CASE NO. 3:25-CV-07584-TSH<br><br>HON. THOMAS S. HIXSON<br><br>**REQUEST TO EXCEED PAGE LIMIT BY FIVE PAGES [LOCAL RULE 7-4]**<br><br><br>Hearing Date:  April 2, 2026<br>Hearing Time:  10:00 AM<br>Courtroom:     E |

*Sentry Insurance Company* requests leave to file its brief in opposition to the Wesco's Motion for Summary Judgment [ECF 41] in excess of twenty-five pages of text, and shows as follows:

1.    Plaintiff filed a Motion for Summary Judgment [ECF 41] which

1

SACRO & WALKER LLP
700 N. Brand Boulevard, Suite 610
Glendale, California 91203

contained twenty-four and a half pages of text.

2.    As this Court is aware from prior experience with Sentry's Motion to Dismiss filed in this action, the issues at stake involve several distinct legal and factual issues.  This Court's order on the Motion to Dismiss was itself was twenty-four pages of text [ECF 26].

3.    Sentry's counsel has attempted to treat all of the issues in the Motion for Summary Judgment in as succinct a manner as is possible while still providing adequate analysis and citing the relevant authorities. However, despite diligent efforts, given the number and complexity of issues raised by the Motion for Summary Judgment and supporting memorandum, Sentry's counsel has been unable to keep the length of the brief within the twenty-five page maximum.

4.    Sentry's counsel is able to condense its arguments to thirty pages.  This length of brief is necessary to adequately address all the issues, both factual and legal, raised in the Motion for Summary Judgment.

Wherefore, in the interest of a complete consideration of the issues and in the interests of justice and fairness, Sentry respectfully requests that this Court enter an order granting it leave to file a brief 30 pages in length in opposition to the Moton for Summary Judgment.

DATED:  March 4, 2026                SACRO & WALKER LLP

By    /s/Ilya A. Kosten
        JENNIFER YU SACRO
        ILYA A. KOSTEN
        PAUL A. IMPELLEZZERI
        Attorneys for Defendant and
        Counterclaimant SENTRY
        INSURANCE COMPANY

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DENIED

Judge Thomas S. Hixson

Date: 3/4/2026

REQUEST TO EXCEED PAGE LIMIT BY FIVE PAGES [LOCAL RULE 7-4]

SACRO & WALKER LLP
700 N. Brand Boulevard, Suite 610
Glendale, California 91203