# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESCO INSURANCE COMPANY, a Delaware CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>SENTRY INSURANCE COMPANY, FORMERLY KNOWN AS SENTRY INSURANCE A MUTUAL COMPANY, A WISCONSIN CORPORATION,<br><br>Defendant.<br><br>EVANSTON INSURANCE COMPANY, an Illinois corporation, and FEDERAL INSURANCE COMPANY, a New Jersey corporation.<br><br>Third-Party Defendants.<br><br>AND RELATED COUNTERCLAIM | Case No:  3:25-CV-07584-TSH<br><br>Assigned to:<br>Hon. Thomas S. Hixson<br><br>**ORDER GRANTING THIRD-PARTY DEFENDANT'S STIPULATION TO EXTEND TIME FOR THIRD-PARTY DEFENDANT TO RESPOND TO THIRD-PARTY COMPLAINT**<br><br>[Filed concurrently with Stipulation to Extend Time for Third-Party Defendant to Respond to Third-Party Complaint]<br><br>Complaint filed:        September 5, 2025 |

## ORDER

The Court, having reviewed Evanston Insurance Company's Joint Stipulation to Extend Time for Third-Party Defendant to Respond to Third-Party Complaint, and GOOD CAUSE appearing, hereby, ORDERS:

1

**ORDER GRANTING THIRD-PARTY DEFENDANT'S STIPULATION TO EXTEND TIME FOR THIRD-PARTY DEFENDANT TO RESPOND TO THIRD-PARTY COMPLAINT**

Third-Party Defendant Evanston Insurance Company's deadline to answer or otherwise respond to the Third-Party Complaint is extended to and including May 21, 2026.

**IT IS SO ORDERED.**

Dated:  April 22, 2026

_____
HON. THOMAS S. HIXSON
UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING THIRD-PARTY DEFENDANT'S STIPULATION TO EXTEND TIME FOR THIRD-PARTY DEFENDANT TO RESPOND TO THIRD-PARTY COMPLAINT