UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESCO ISNURANCE COMPANY, a Delaware Corporation,<br><br>              Plaintiff,<br><br>     vs.<br><br>SENTRY INSURANCE COMPANY, FORMERLY KNOWN AS SENTRY INSURANCE A MUTUAL COMPANY, a Wisconsin corporation,<br><br>            Defendant.<br><br>     vs.<br><br>EVANSTON INSURANCE COMPANY, an Illinois corporation, and FEDERAL INSURANCE COMPANY, a New Jersey corporation,<br><br>          Third-Party Defendants.<br><br>---<br><br>AND RELATED COUNTERCLAIM | CASE NO.: 3:25-cv-07584-TSH<br><br>[~~PROPOSED~~] **ORDER GRANTING STIPULATION TO EXTEND TIME FOR FEDERAL INSURANCE COMPANY TO RESPOND TO COMPLAINT**<br><br><br>Complaint Filed: March 24, 2026<br><br>Complaint Served: April 1, 2026<br><br>Current Response Date: April 23, 2026<br><br>New Response Date: May 25, 2026 |

ORDER

The Court, having reviewed the Stipulation to Extend Time for Federal Insurance Company to Respond to Complaint, and GOOD CAUSE appearing, hereby, ORDERS:

---

1

[PROPOSED] ORDER                           CASE NO.: 3:25-cv-07584-TSH

Third-Party Defendant Federal Insurance Company's deadline to respond to the Third-Party Complaint is extended to and including May 25, 2026.

IT IS SO ORDERED.

DATED: April 23, 2026

By: _____
HON. THOMAS S. HIXSON
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER                                                    CASE NO.: 3:25-cv-07584-TSH

## CERTIFICATE OF SERVICE

I, the undersigned, am employed by the Law Offices of Morales, Fierro & Reeves located at 1440 Maria Lane, Suite 200, Walnut Creek, CA 94596.  I am over the age of eighteen years and not a party to the within action.

On the below date, I served the document(s) described as:

[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME FOR FEDERAL INSURANCE COMPANY TO RESPOND TO COMPLAINT

| X | **BY ELECTRONIC FILING AND SERVICE with the Clerk of the Court using the CM/ECF System:**  in accordance with F.R.C.P 5(b)(2)(D) and the above Court's Local Rules, I electronically filed the foregoing with the Clerk of the Court for the United States District Court by using the CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. |
|---|---|

*SEE ATTACHED LIST*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 23, 2026 at Walnut Creek, California.

　　　　　　　　　　　　　　　　　　　　 */s/ Sheila Bird*
　　　　　　　　　　　　　　　　　　　　 SHEILA BIRD

---

1

CERTIFICATE OF SERVICE                                        CASE NO.:  3:25-cv-07584-TSH

**SERVICE LIST**

| | |
|---|---|
| Daniel N Katibah<br>James Christian Nielsen<br>NIELSEN KATIBAH LLP<br>100 Smith Ranch Road, Suite 350<br>San Rafael, CA 94903<br>Telephone: (415) 693−0900<br>Facsimile: (415) 693−9674<br>Email: dkatibah@nkllp.law<br>　　　 jnielsen@nkllp.law<br><br>*Attorneys for Plaintiff WESCO INSURANCE COMPANY* | Jennifer Yu Sacro<br>Ilya A. Kosten<br>Paul A. Impellezzeri<br>SACRO & WALKER LLP<br>700 North Brand Boulevard, Suite 610<br>Glendale, California 91203<br>Telephone: (818) 721-9597<br>Facsimile: (818) 721-9670<br>Email: jsacro@sacrowalker.com<br>　　　 ikosten@sacrowalker.com<br>　　　 pimpellezzeri@sacrowalker.com<br><br>Attorneys for Defendant, Counterclaimant and Third-Party Plaintiff SENTRY INSURANCE COMPANY |
| Linda Bondi Morrison<br>Phuong Anh Luu<br>TRESSLER LLP<br>4 Park Plaza, Suite 1200<br>Irvine, California 92614<br>Telephone: (949) 336-1200<br>Facsimile: (949) 752-0645<br>Email: lmorrison@tresslerllp.com<br>　　　 pluu@tresslerllp.com<br><br>Attorneys for Third-Party Defendant<br>EVANSTON INSURANCE COMPANY | |

CERTIFICATE OF SERVICE                    CASE NO.: 3:25-cv-07584-TSH