Jennifer Yu Sacro, SBN: 208988
E-Mail: jsacro@sacrowalker.com
Ilya A. Kosten, SBN: 173663
E-Mail: ikosten@sacrowalker.com
Paul A. Impellezzeri, SBN: 231012
E-Mail: pimpellezzeri@sacrowalker.com
SACRO & WALKER LLP
700 North Brand Boulevard, Suite 610
Glendale, California 91203
Tel.: (818) 721-9597; Fax: (818) 721-9670

Attorneys for Defendant, Counterclaimant and
Third-Party Plaintiff SENTRY INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESCO INSURANCE COMPANY, a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SENTRY INSURANCE COMPANY, FORMERLY KNOWN AS SENTRY INSURANCE A MUTUAL COMPANY, a Wisconsin corporation,<br><br>Defendant.<br>————————————————<br><br>AND RELATED COUNTERCLAIM AND THIRD PARTY COMPLAINT | CASE NO. 3:25-CV-07584-WHO<br><br>**[PROPOSED] ORDER ON STIPULATION DISMISSING THIRD-PARTY DEFENDANT EVANSTON INSURANCE COMPANY WITH PREJUDICE** |

[PROPOSED] ORDER ON STIPULATION DISMISSING THIRD-PARTY DEFENDANT EVANSTON INSURANCE COMPANY WITH PREJUDICE CASE NO. 3:25-CV-07584-WHO

SACRO & WALKER LLP
700 N. Brand Boulevard, Suite 610
Glendale, California 91203

## [PROPOSED] ORDER

Pursuant to the stipulation of SENTRY INSURANCE COMPANY and EVANSTON INSURANCE COMPANY [ECF 92], EVANSTON INSURANCE COMPANY is hereby dismissed from the Third-Party Complaint [ECF 60] with prejudice.

Each party shall bear its own attorney fees and costs.

**IT IS SO ORDERED**.

DATED: _____          _____
                                                        Honorable William H. Orrick
                                                        United States District Court Judge

SACRO & WALKER LLP
700 N. Brand Boulevard, Suite 610
Glendale, California 91203

2
[PROPOSED] ORDER ON STIPULATION DISMISSING THIRD-PARTY
DEFENDANT EVANSTON INSURANCE COMPANY WITH PREJUDICE
CASE NO. 3:25-CV-07584-WHO